IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr509-MHT |
| | ) | (WO) |
| WILBUR BERNARD WILLIS | ) | |

ORDER

Upon consideration of the government's motion to strike the forfeiture allegation from the indictment, it is ORDERED that the motion (doc. no. 5) is granted.

DONE, this the 1st day of May, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**