IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr509-MHT |
| | ) | (WO) |
| WILBUR BERNARD WILLIS | ) | |

OPINION AND ORDER

Previously this court ordered a presentence psychological study of defendant Wilbur Bernard Willis by the Bureau of Prisons (BOP), pursuant to 18 U.S.C. § 3552(b). *See United States v. Willis*, 2018 WL 6003866 (M.D. Ala. Nov. 15, 2018) (Thompson, J.). Willis arrived at the BOP facility on December 20, 2018. *See* January BOP letter (doc. no. 53). In a letter dated January 14, 2019, the BOP requested that Willis's 60-day evaluation period begin on January 3, 2019, because his assigned psychologist was unavailable until that date. *See id.* The court interprets--and hereby treats--the January 14 letter as a request to extend the evaluation period. In a subsequent letter dated March 12, 2019, the BOP requested a 30-day extension to the 60-day evaluation, "due to the complexity

of this case and the need for additional time to address the Court's specific concerns." March BOP letter (doc. no. 54).

Upon consideration of the January 14 and March 12 letters, it is ORDERED that:

(1) The BOP letters of January 14 and March 12, 2019 (doc. nos. 53 and 54), are treated as extension requests and are granted to the extent that the BOP has a 60-day extension to the original 60-day evaluation period, which commenced on December 20, 2018, the day defendant Willis arrived at the BOP facility.

(2) The BOP must complete its evaluation of defendant Willis within 120 days of the start date of December 20, 2018, that is, by April 19, 2019.

The government is make sure that the appropriate BOP officials receive a copy of this order.

DONE, this the 18th day of March, 2019.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**