IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr509-MHT |
| | ) | (WO) |
| WILBUR BERNARD WILLIS | ) | |

## MENTAL-HEALTH ORDER

In accordance with the judgment of conviction (doc. no. 68), it is ORDERED that, upon defendant Wilbur Bernard Willis's release from prison, the United States Probation Office is to arrange for him to receive mental-health treatment, which shall include counseling at least twice per month, to address: (1) the *DSM* diagnoses that he received in the BOP evaluation (doc. no. 56), and the underlying causes of his alcohol and opioid use disorders; and (2) any relationship that may exist between his diagnosed Borderline Intellectual Functioning and repeated illegal gun possession. The

court recommends that Dr. Kale Kirkland provide the treatment.

DONE, this the 6th day of June, 2019.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**