IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
    v.                        )        2:17cr509-MHT
                              )            (WO)
WILBUR BERNARD WILLIS         )
```

ORDER

Based on the informal representations made off the record on August 16, 2022, during a post-release meeting of defendant Wilbur Bernard Willis and United States Probation Officer Eric Williams with the court, it is ORDERED that the probation officer shall arrange forthwith for defendant Wilbur Bernard Willis to see a psychiatrist, a psychiatric nurse practitioner, or a similar mental-health provider who is authorized to prescribe medication, to ensure that defendant Willis does not run out of psychotropic medication and to address his concerns about whether his medication is appropriate.  The probation officer shall file with the court, by September 1, 2022, a report on the arrangement.  The court should not be understood to

take any position, one way or the other, on whether

defendant Willis needs his medications changed.

DONE, this the 18th day of August, 2022.

> /s/ Myron H. Thompson
> **UNITED STATES DISTRICT JUDGE**